IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANKLIN JOE DAVIS | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:10CV160 LG-RHW |
| | § | |
| NORTHROP GRUMMAN | § | |
| SHIPBUILDING, INC. and INT'L | § | |
| BROTHERHOOD OF ELECTRICAL | § | |
| WORKERS, LOCAL 733 | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motions for Summary Judgment filed by the Defendants, Local Union 733 - International Brotherhood of Electrical Workers and Northrop Grumman Shipbuilding, Inc., the Court, after a full review and consideration of the Motions, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, Local Union 733 - International Brotherhood of Electrical Workers and Northrop Grumman Shipbuilding, Inc., pursuant to Fed. R. Civ. P. 56.

**SO ORDERED AND ADJUDGED** this the 7th day of June, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE